UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

           Plaintiff,

v.

SEBASTIAN SCOTT,

           Defendant,

and

ROPER/CARMEN WAREHOUSE,

           Garnishee.

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on August 3, 2007, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, and that garnishee was indebted to Defendant in the form of wages paid to the debtor.

On August 17, 2007, Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS THEREFORE ORDERED** that Garnishee pay each pay period 25% of defendant's disposable wages to Plaintiff and continue said payments until the debt to

the Plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further order of this Court.

DONE AT DENVER, COLORADO, this 10th day of September, 2007.

BY THE COURT:

_____
~~UNITED STATES DISTRICT JUDGE~~

**BOYD N. BOLAND**
United States Magistrate Judge